UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-30299
_____

CARROLL HALL, on behalf of Halco Energy Equipment Co,
Individually and as President

Plaintiff - Counter Defendant - Appellant,

versus

CHURCHILL PARTNERS, L. C.; WILLIAM HAMMANN

Defendants - Appellees;

PAN HOLDINGS, INC.

Defendant - Counter Claimant - Appellee.

_____

Appeal from the United States District Court
for the Western District of Louisiana
(98-CV-82)
_____

February 11, 2002

Before DUHÉ, BARKSDALE, and DENNIS, Circuit Judges.

PER CURIAM:[*]

    **AFFIRMED.** *See* 5TH CIR. R. 47.6.

_____

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.